**Order filed December 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00722-CV
_____

**CHRISTINE ADIUKU, KATE OPARA, CARAMELA NZENWA AND ANGELA ALIMOLE, Appellants**

**V.**

**KELECHI IKEMENEFUNA, CHINYERE AGONSI, BEATRICE OPARAJI, ANN EBERE, KELECHI OGUN, MARIA ARRIRIGUZO, CHINYERE AGIM AND VIRGINIA AKUCHIE ON BEHALF OF MBAISE ASSOCIATION OF HOUSTON, Appellees**

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1012911**

## O R D E R

Appellant's brief was due November 25, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **January 6, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM